1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA DEVORA, an individual,<br><br>        Plaintiff,<br>   v.<br><br>THE GORES GROUP, LLC, a Limited Liability Company; NATIONAL ENVELOPE CORPORATION-WEST, a California corporation and DOES 1 to 20, inclusive,<br><br>        Defendants. | CASE NO.:<br>CV 11-2382-GW(CWx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: 02.16.11<br>Trial Date: 03.20.12 |

-1-

**[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL**

TO ALL INTERESTED PARTIES

On the stipulation of the parties, and good cause appearing therefore, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS ORDERED.

DATE: January 23, 2012            UNITED STATES DISTRICT COURT


By: _____/s/ George H. Wu_____
GEORGE H. WU, U.S. District Judge

**[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL**